**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL ADAM BORSOTTI** | Case No. CV 17-7193-DMG (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **NATIONSTAR MORTGAGE, LLC, et al.,** | |
| Defendants. | |

On April 24, 2018, this Court having granted Defendant's motion for judgment on the pleadings with prejudice [Doc. # 54],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Mr. Cooper and against Plaintiff Daniel Adam Borsotti and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATE: April 24, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE